FILED
CLERK, U.S. DISTRICT COURT

Feb 18, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_PMC\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| PATRICIA KARSTEN,<br><br>  Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>  Defendant. | Case No: CV14-08717 SVW (JCx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>JS-6 |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 18, 2014

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

- 1 -